IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Canty, Mable Ann

Printed: 6/24/08

Case Number: 05 B 07055
Judge: Hollis, Pamela S
Filed: 3/1/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Ch 7 Conversion: April 22, 2008
Confirmed:  April 18, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 3,950.00 |  |
| Secured: |  | 821.55 |
| Unsecured: |  | 568.11 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,355.20 |
| Trustee Fee: |  | 190.80 |
| Other Funds: |  | 14.34 |
| Totals: | 3,950.00 | 3,950.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,355.20 | 2,355.20 |
| 2. | Empire Carpeting | Secured | 821.55 | 821.55 |
| 3. | Resurgent Capital Services | Unsecured | 792.16 | 178.30 |
| 4. | Marshall Field & Company | Unsecured | 88.71 | 19.96 |
| 5. | RoundUp Funding LLC | Unsecured | 175.02 | 39.40 |
| 6. | Kohl's/Kohl's Dept Stores | Unsecured | 98.47 | 15.66 |
| 7. | ECast Settlement Corp | Unsecured | 333.97 | 75.16 |
| 8. | ECast Settlement Corp | Unsecured | 988.64 | 222.52 |
| 9. | Resurgent Capital Services | Unsecured | 107.52 | 17.11 |
| 10. | Citibank USA | Unsecured | 1,074.00 | 0.00 |
| 11. | Wells Fargo Home Mortgage | Secured |  | No Claim Filed |
| 12. | Lowe's | Unsecured |  | No Claim Filed |
| 13. | Wal Mart Stores | Unsecured |  | No Claim Filed |
|  |  |  | $ 6,835.24 | $ 3,744.86 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 12.00 |
| 3% | 17.34 |
| 5.5% | 74.26 |
| 5% | 12.28 |
| 4.8% | 22.68 |
| 5.4% | 52.24 |
|  | $ 190.80 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Canty, Mable Ann | Case Number:  05 B 07055 |
| | Judge:  Hollis, Pamela S |
| Printed:  6/24/08 | Filed:  3/1/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____